LODGED
2004 JUN 21 PM 2:57
CLERK U.S. DIST. OF CALIF.
CENTRAL DIST. OF CALIF.
LOS ANGELES

Enter JS-6 SEND

ENTERED
CLERK, U.S. DISTRICT COURT
JUL - 6 2004
CENTRAL DISTRICT OF CALIFORNIA
BY BG DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
JUN 3 0 2004
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

SCANNED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INAMED CORPORATION, INAMED DEVELOPMENT COMPANY AND BIOENTERICS CORPORATION,<br><br>Plaintiffs and Counter-Defendants,<br><br>v.<br><br>ETHICON ENDO-SURGERY, INC. and LUBOMYR I. KUZMAK,<br><br>Defendants and Counter-Claimants. | Case No. 99-02160 MMM (MANx)<br><br>[PROPOSED]<br><br>**CONSENT JUDGMENT** |

SD\1599401.1
2500443-8

611

      Pursuant to the agreement of the parties, the Court enters Judgment in this matter as follows:

1. Ethicon Endo-Surgery, Inc. ("Ethicon") is the owner of all right, title and interest in and to United States Patent No. 5,226,429 (the "'429 patent"). Lubomyr I. Kuzmak ("Dr. Kuzmak") is the named inventor of the '429 patent.

2. In this action, Ethicon and Dr. Kuzmak allege that Inamed Corporation, Inamed Development Company, and BioEnterics Corporation (collectively, "Inamed") are infringing the '429 patent by making, selling, and instructing surgeons in the use of, the Lap-Band System.

3. The '429 patent is valid and enforceable.

4. Inamed is infringing the '429 patent by making, selling and instructing surgeons in the use of the Lap-Band System.

5. The Court hereby enters judgment in favor of Ethicon and Dr. Kuzmak, and against Inamed, on Count 7 of the Answer and Counterclaim dated September 10, 2001 ("Infringement of the '429 Patent").

6. All other claims remaining in this action are hereby dismissed with prejudice.

7. The parties shall each bear their own costs of suit and attorneys' fees herein.

Dated: June 30, 2004

_____
UNITED STATES DISTRICT JUDGE

Submitted: June 18, 2004

Approved as to form and content:

SD\1599401.1
2500443-8

By: _____
JOHN ALLCOCK
STEWART M. BROWN
RICHARD T. MULLOY
GRAY CARY WARE & FREIDENRICH LLP
Attorneys for Plaintiffs and Counterdefendants
INAMED CORPORATION, INAMED DEVELOPMENT COMPANY and
BIOENTERICS CORPORATION


By: _____
GIBSON, DUNN & CRUTCHER, LLP
Wayne M. Barsky
H. Mark Lyon
DoHoang T. Duong
Y. Ernest Hsin
Jason C. Lo

Attorneys for Defendants and Counterclaimants
Lubomyr I. Kuzmak and Ethicon Endo-Surgery, Inc.

SD\1599401.1
2500443-8

## CERTIFICATE OF SERVICE

I, Iris Newman, declare as follows:

I am employed in Los Angeles, California; I am over the age of eighteen years and am not a party to this action; my business address is 333 S. Grand Avenue, Los Angeles, California 90017. On June 21, 2004, I caused to be served the within:

**[PROPOSED] CONSENT JUDGMENT**

to each of the persons named below at the address shown:

> **John Allcock, Esq.**
> **Stewart M. Brown, Esq.**
> **Richard T. Mulloy, Esq.**
> GRAY CARY WARE & FREIDENRICH LLP
> 401 B Street, Suite 2000
> San Diego, California 92101-4240
>
> **Shirli Fabbri Weiss, Esq.**
> GRAY CARY WARE & FREIDENRICH LLP
> 4365 Executive Drive, Suite 1100
> San Diego, California 92121-2133

☑ **BY MAIL**: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing documents were printed on recycled paper, and that this Certificate of Service was executed by me on June 21, 2004, at Los Angeles, California.

*/s/ Iris Newman*

Gibson, Dunn & Crutcher LLP